**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

JIMMIE SAPP,

    Plaintiff,

v.                                            CASE NO. 4:12cv137-SPM/CAS

JOHNATHAN COLLINS,
and SERGEANT LEWIS,

    Defendants.
_____/

**O R D E R**

This cause comes before the court on the magistrate judge's Report and Recommendation dated December 18, 2012. (Doc. 34). No objections have been filed. Having considered the report and recommendation pursuant to 28 U.S.C. § 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation (doc. 34) is ADOPTED and incorporated by reference in this order.

    2.    Plaintiff's motion for an injunction and restraining order (doc. 31) is DENIED.

    3.    This case is remanded to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 22nd day of January, 2013.

                                                  *s/ M. Casey Rodgers*
                                                  **M. CASEY RODGERS
                                                  CHIEF UNITED STATES DISTRICT JUDGE**