**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JIMMIE D. SAPP,**

    **Plaintiff,**

vs.                                      **CASE NO. 4:12cv137-RH/CAS**

**SERGEANT LEWIS,
and JOHNATHAN COLLINS,**

    **Defendants.**

    _____/

## REPORT AND RECOMMENDATION

Plaintiff Jimmie Sapp brought this § 1983 civil rights action alleging an Eighth Amendment claim for the use of excessive and unnecessary force. After service of the second amended complaint, doc. 12, Defendants filed a motion to dismiss, doc. 18, which was denied because Defendants failed to meet their burden to demonstrate that Plaintiff failed to exhaust administrative remedies. Docs. 20, 22. Subsequently, an evidentiary hearing was set to consider that issue, docs. 26-27, but which had to be continued due to the unavailability of a crucial witness. Docs. 40-42.

During the pendency of the hearing, defendants filed a Suggestion of Death, doc. 55, advising that Plaintiff died on March 6, 2013. This case was then stayed for 90

days pursuant to Fed. R. Civ. P. 25(a) to provide an opportunity for a motion of substitution to be filed.  Doc. 56.  The Order advised that if a motion for substitution was not filed within the 90 day period, pursuant to Fed. R. Civ. P. 25(a)(1), Plaintiff's claims would be dismissed.  Id.  The 90-day deadline expired on June 10, 2013.  No motion for substitution has been filed by the decedent's successor or representative indicating a desire to continue litigating this case for Plaintiff.

Accordingly, it is respectfully **RECOMMENDED** that Plaintiff's second amended complaint, doc. 12, be **DISMISSED without prejudice** for failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on June 20, 2013.


 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**