IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JIMMIE D. SAPP,

    Plaintiff,

v.                         CASE NO. 4:12cv137-RH/CAS

SERGEANT LEWIS, and
JOHNATHAN COLLINS,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 60. No objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is DISMISSED without prejudice." The clerk must close the file.

    SO ORDERED on July 23, 2013.

                                    s/Robert L. Hinkle
                                    United States District Judge